# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: WOODFIELD PLANNING CORPORATION § Case No. 15-26838-ABG
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 06, 2015. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $         25,269.95

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7.70 |
| Bank service fees | 354.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 24,907.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/25/2016 and the deadline for filing governmental claims was 02/02/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,277.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,277.00, for a total compensation of $3,277.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/24/2017       By: /s/ILENE F. GOLDSTEIN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-26838-ABG  
**Case Name:** WOODFIELD PLANNING CORPORATION  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/06/15 (f)  
**§341(a) Meeting Date:** 09/17/15  

**Period Ending:** 10/24/17  
**Claims Bar Date:** 11/25/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Harris Bank Palatine<br>Imported from original petition Doc# 1 | 269.95 | 269.95 | | 269.95 | FA |
| 2  lawsuit/Dissolution Issues  (u)  (See Footnote) | Unknown | Unknown | | 25,000.00 | FA |
| 2  Assets  Totals (Excluding unknown values) | **$269.95** | **$269.95** | | **$25,269.95** | **$0.00** |

RE PROP# 2     Status;  The trustee evaluated an alleged cause of action against the Debtor and third party.  The trustee settled the matter for $25,000.00. Currently there are two claims that the Trustee is attempting to resove if not there will be litigation.  The Trustee is also meeting with an accountant.

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE SETTLED a HIGHLY CONTESTED CAUSE OF ACTION AND RECOVERED $25,000 FOR THE ESTATE IN LATE nOVEMBER 2016. tHE TRUSTEE IS CURRENTLY MEETING WITH ACCOUNTANTS TO PREPARE AND FILE TAX RETURNS AND WILL THEN BE CLOSING THIS ESTATE ONCE THE TAX RETURNS HAVE BEEN FILED AND ACCEPTED

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017          **Current Projected Date Of Final Report (TFR):**     December 31, 2017

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-26838-ABG  
**Case Name:** WOODFIELD PLANNING CORPORATION  

**Taxpayer ID #:** **-***5589  
**Period Ending:** 10/24/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/16 | {2} | Woodfield Panning Corp | Settlement of various causes of action | 1249-000 | 25,000.00 | | 25,000.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.29 | 24,973.71 |
| 01/13/17 | {1} | Woodfield Planning Corp | Cash in Bank | 1129-000 | 269.95 | | 25,243.66 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.48 | 25,205.18 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.83 | 25,171.35 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838<br>Voided on 03/02/17 | 2300-000 | | 7.71 | 25,163.64 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838<br>Voided: check issued on 03/02/17 | 2300-000 | | -7.71 | 25,171.35 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838<br>Voided on 03/02/17 | 2300-000 | | 7.70 | 25,163.65 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838<br>Voided: check issued on 03/02/17 | 2300-000 | | -7.70 | 25,171.35 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838, Bond | 2300-000 | | 7.70 | 25,163.65 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.40 | 25,126.25 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.72 | 25,092.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 25,052.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.03 | 25,016.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.78 | 24,982.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.52 | 24,942.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.67 | 24,907.84 |
| | | | **ACCOUNT TOTALS** | | 25,269.95 | 362.11 | **$24,907.84** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,269.95 | 362.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,269.95** | **$362.11** | |

{} Asset reference(s)

Printed: 10/24/2017 04:40 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 15-26838-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** WOODFIELD PLANNING CORPORATION | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3866 - Checking Account |
| **Taxpayer ID #:** **-***5589 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/24/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******3866** | | 25,269.95 | 362.11 | 24,907.84 |
| | | | | | $25,269.95 | $362.11 | $24,907.84 |

{} Asset reference(s)

Printed: 10/24/2017 04:40 PM    V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2016

**Case Number:** 15-26838-ABG  
**Debtor Name:** WOODFIELD PLANNING CORPORATION

Page: 1

**Date:** October 24, 2017  
**Time:** 04:40:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,277.00 | $0.00 | 3,277.00 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,671.00 | $0.00 | 3,671.00 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $69.70 | $0.00 | 69.70 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,502.50 | $0.00 | 1,502.50 |
| 1<br>610 | James B. Dobbs<br>22886 Glenhurst Rd.<br>Barrington, IL 60010 | Unsecured | History: Details1-109/22/2016Claim #1 filed by James B. Dobbs, Amount claimed: $55835.00 (Gomez, Denise )<br>----------------------------------------------------------------------------* * * | $55,835.00 | $0.00 | 55,835.00 |
| 2<br>610 | Robert Stevens and Judith Stevens<br>c/o Cynthia J. Briscoe<br>210 N. Walkup Avenue<br>Crystal Lake, IL 60014-4339 | Unsecured | History: Details2-110/04/2016Claim #2 filed by Robert Stevens and Judith Stevens, Amount claimed: $600000.00 (ADI, EPoc )<br>----------------------------------------------------------------------------* * * | $600,000.00 | $0.00 | 600,000.00 |
| **<< Totals >>** | | | | 664,355.20 | 0.00 | 664,355.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-26838-ABG
Case Name: WOODFIELD PLANNING CORPORATION
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 24,907.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,907.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,277.00 | 0.00 | 3,277.00 |
| Attorney for Trustee, Fees - ILENE F. GOLDSTEIN | 3,671.00 | 0.00 | 3,671.00 |
| Attorney for Trustee, Expenses - ILENE F. GOLDSTEIN | 69.70 | 0.00 | 69.70 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,502.50 | 0.00 | 1,502.50 |

Total to be paid for chapter 7 administration expenses: $ 8,520.20
Remaining balance: $ 16,387.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,387.64

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 16,387.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 655,835.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | James B. Dobbs | 55,835.00 | 0.00 | 1,395.17 |
| 2 | Robert Stevens and Judith Stevens | 600,000.00 | 0.00 | 14,992.47 |

|  | Total to be paid for timely general unsecured claims: | $ | 16,387.64 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**