UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                      )
                                            )
**WOODFIELD PLANNING CORPORATION**          )   Bankruptcy Case No. 15-26838 ABG
                                            )   Chapter 7
                                            )
Debtor(s).                                  )

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

  WOODFIELD PLANNING CORPORATION
  21660 W. FIELD PARKWAY
  #290
  DEER PARK, IL 60010,

  ILENE F. GOLDSTEIN
  900 Skokie Blvd
  Suite 128
  Northbrook, IL 60062

  PBG Financial Services Inc
  666 Dunde Road
  Suite 401
  Northbrook, IL 60062

  ILENE F. GOLDSTEIN
  900 Skokie Blvd
  Suite 128
  Northbrook, IL 60062

  ILENE F. GOLDSTEIN
  900 Skokie Blvd
  Suite 128
  Northbrook, IL 60062

James B. Dobbs
22886 Glenhurst Rd.
Barrington, IL 60010

Robert Stevens and Judith Stevens
c/o Cynthia J. Briscoe
210 N. Walkup Avenue
Crystal Lake, IL 60014-4339

**Robert & Judith Stevens**
**3211 Carrington Drive**
**Crystal Lake, IL 60014**


/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402