# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: WOODFIELD PLANNING CORPORATION  § Case No. 15-26838
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,387.64      Claims Discharged
                                                 Without Payment: $639,447.36

Total Expenses of Administration: $8,882.31

3) Total gross receipts of $ 25,269.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,269.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,882.31 | 8,882.31 | 8,882.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 655,835.00 | 655,835.00 | 16,387.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $664,717.31 | $664,717.31 | $25,269.95 |

4) This case was originally filed under Chapter 7 on August 06, 2015. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2018         By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Harris Bank Palatine | 1129-000 | 269.95 |
| lawsuit/Dissolution Issues | 1249-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,269.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,277.00 | 3,277.00 | 3,277.00 |
| Attorney for Trustee Fees (Trustee Firm) - ILENE F. GOLDSTEIN | 3110-000 | N/A | 3,671.00 | 3,671.00 | 3,671.00 |
| Attorney for Trustee Expenses (Trustee Firm) - ILENE F. GOLDSTEIN | 3120-000 | N/A | 69.70 | 69.70 | 69.70 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 1,502.50 | 1,502.50 | 1,502.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.29 | 26.29 | 26.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.48 | 38.48 | 38.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.83 | 33.83 | 33.83 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 7.70 | 7.70 | 7.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.40 | 37.40 | 37.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.72 | 33.72 | 33.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.69 | 39.69 | 39.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.03 | 36.03 | 36.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.78 | 34.78 | 34.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.52 | 39.52 | 39.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.67 | 34.67 | 34.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,882.31 | $8,882.31 | $8,882.31 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | James B. Dobbs | 7100-000 | N/A | 55,835.00 | 55,835.00 | 1,395.17 |
| 2 | Robert Stevens and Judith Stevens | 7100-000 | N/A | 600,000.00 | 600,000.00 | 14,992.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $655,835.00 | $655,835.00 | $16,387.64 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-26838  
**Case Name:** WOODFIELD PLANNING CORPORATION

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/06/15 (f)  
**§341(a) Meeting Date:** 09/17/15

**Period Ending:** 02/25/18

**Claims Bar Date:** 11/25/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Harris Bank Palatine<br>Imported from original petition Doc# 1 | 269.95 | 269.95 | | 269.95 | FA |
| 2 lawsuit/Dissolution Issues (u) (See Footnote) | Unknown | Unknown | | 25,000.00 | FA |
| 2 **Assets** **Totals** (Excluding unknown values) | **$269.95** | **$269.95** | | **$25,269.95** | **$0.00** |

RE PROP# 2   Status; The trustee evaluated an alleged cause of action against the Debtor and third party. The trustee settled the matter for $25,000.00. Currently there are two claims that the Trustee is attempting to resove if not there will be litigation. The Trustee is also meeting with an accountant.

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE SETTLED a HIGHLY CONTESTED CAUSE OF ACTION AND RECOVERED $25,000 FOR THE ESTATE IN LATE nOVEMBER 2016. tHE TRUSTEE IS CURRENTLY MEETING WITH ACCOUNTANTS TO PREPARE AND FILE TAX RETURNS AND WILL THEN BE CLOSING THIS ESTATE ONCE THE TAX RETURNS HAVE BEEN FILED AND ACCEPTED

STATUS JANUARY 2018 Final hearing set for December 15, 2017 and continued to January 26, 2018

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017   **Current Projected Date Of Final Report (TFR):**   December 15, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-26838  
**Case Name:** WOODFIELD PLANNING CORPORATION  
**Taxpayer ID #:** **-***5589  
**Period Ending:** 02/25/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/16 | {2} | Woodfield Panning Corp | Settlement of various causes of action | 1249-000 | 25,000.00 | | 25,000.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.29 | 24,973.71 |
| 01/13/17 | {1} | Woodfield Planning Corp | Cash in Bank | 1129-000 | 269.95 | | 25,243.66 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.48 | 25,205.18 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.83 | 25,171.35 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838 Voided on 03/02/17 | 2300-000 | | 7.71 | 25,163.64 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838 Voided: check issued on 03/02/17 | 2300-000 | | -7.71 | 25,171.35 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838 Voided on 03/02/17 | 2300-000 | | 7.70 | 25,163.65 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838 Voided: check issued on 03/02/17 | 2300-000 | | -7.70 | 25,171.35 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-26838, Bond | 2300-000 | | 7.70 | 25,163.65 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.40 | 25,126.25 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.72 | 25,092.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 25,052.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.03 | 25,016.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.78 | 24,982.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.52 | 24,942.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.67 | 24,907.84 |
| 01/31/18 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,277.00, Trustee Compensation;  Reference: | 2100-000 | | 3,277.00 | 21,630.84 |
| 01/31/18 | 105 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,671.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,671.00 | 17,959.84 |
| 01/31/18 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $69.70, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 69.70 | 17,890.14 |
| 01/31/18 | 107 | PBG Financial Services Inc | Dividend paid 100.00% on $1,502.50, | 3410-000 | | 1,502.50 | 16,387.64 |

Subtotals :    $25,269.95    $8,882.31

{} Asset reference(s)

Printed: 02/25/2018 12:28 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-26838 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WOODFIELD PLANNING CORPORATION | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID #:** | **-***5589 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/25/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Accountant for Trustee Fees (Other Firm); Reference: | | | | |
| 01/31/18 | 108 | James B. Dobbs | Dividend paid  2.49% on $55,835.00; Claim# 1; Filed: $55,835.00; Reference: | 7100-000 | | 1,395.17 | 14,992.47 |
| 01/31/18 | 109 | Robert Stevens and Judith Stevens | Dividend paid  2.49% on $600,000.00; Claim# 2; Filed: $600,000.00; Reference: | 7100-000 | | 14,992.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **25,269.95** | **25,269.95** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **25,269.95** | **25,269.95** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,269.95** | **$25,269.95** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3866** | **25,269.95** | **25,269.95** | **0.00** |
| | **$25,269.95** | **$25,269.95** | **$0.00** |

{} Asset reference(s)